AUSA

FILED

JUN - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            MB            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate No. 08MJ 8512 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| v. | ) | Title 18 U.S.C. § 3144 |
| | ) | F.R.Crim.P. [Material Witness] |
| Adrian TEJADA-Garduza (1) | ) | |
| | ) | |
| Jose CHICAS-Martinez (2) | ) | |
| | ) | **RELATED TO 08MJ8498, 08MJ8499** |
| Milton MONROY-Perez (3) | ) | **and 08CR1696-H** |
| | ) | |
| Gerardo AVILA-Tobanche (4) | ) | |
| | ) | |
| Francis TINOCO-Velasquez (5) | ) | |
| | ) | |
| Ruben VALADEZ-Arrendondo (6) | ) | |
| | ) | |
| Eusebio MARTINEZ-Perez (7) | ) | |
| | ) | |
| Melkin LINCONA-Ovando (8) | ) | |
| | ) | |
| Miguel NAJERA-Lopez (9) | ) | |
| | ) | |
| Brenda GARCIA-Ontiveros (10) | ) | |
| | ) | |
| Material Witnesses. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

That on or about June 4, 2008, within the Southern District of California, material witnesses, Adrian TEJADA-Garduza, Jose CHICAS-Martinez, Milton MONROY-Perez, Gerardo AVILA-Tobanche, Francis

TINOCO-Velasquez, Ruben VALADEZ-Arrendondo, Eusebio MARTINEZ-Perez,

Melkin LINCONA-Ovando, Miguel NAJERA-Lopez, Brenda GARCIA-Ontiveros

are witnesses in support of complaints filed against CARLOS RAMOS-

GALDAMEZ and JOUANNI FRANCISCO PEREZ-TINOCO, in violation of Title

42, U.S.C. § 408(a)(7)(B), False Representation of a Social

Security Number. It is impracticable to secure the presence of the

above-referenced material witnesses by subpoena. The affiant

further alleges that the above-referenced material witnesses are

citizens and natives of Mexico and Honduras with no legal right to

remain in the United States, and have no apparent means of support

or family ties. Therefore, the above-referenced material witnesses

are material witnesses under Title 18, United States Code, Section

3144.

        This complainant states that this complaint is based on the

attached Statement of Facts incorporated herein by reference.


                              _Diana Lacuesta_
                              DIANA LACUESTA
                              Special Agent
                              U. S. Immigration & Customs
                              Enforcement

        SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH DAY

OF JUNE, 2008.


                              _____
                              PETER C. LEWIS
                              UNITED STATES MAGISTRATE JUDGE


                                       2

1  UNITED STATES OF AMERICA

2              v.

3  Adrian TEJADA-Garduza (1)

4  Jose CHICAS-Martinez (2)

5  Milton MONROY-Perez (3)

6  Gerardo AVILA-Tobanche (4)

7  Francis TINOCO-Velasquez (5)

8  Ruben VALADEZ-Arrendondo (6)

9  Eusebio MARTINEZ-Perez (7)

10 Melkin LINCONA-Ovando (8)

11 Miguel NAJERA-Lopez (9)

12 Brenda GARCIA-Ontiveros (10)

                    STATEMENT OF FACTS

13     On June 4, 2008, at approximately 1220 hours, U.S. Immigration

14 & Customs Enforcement Special Agents executed an arrest warrant on

15

16 JOUANNI FRANCISCO PEREZ-TINOCO at a location near the Intersection

17 of Forrester and Keystone Roads in Imperial County.  During the

18 execution of the warrant agents encountered eighteen (18) illegal

19 aliens leaving the location. All eighteen (18) illegal aliens were

20 arrested and transported to the U. S. Border Patrol Station in

21 Imperial, California.

22

23     On June 4, 2008, at approximately 1815 hours, U.S. Immigration

24 & Customs Enforcement Special Agents executed an arrest warrant on

25 CARLOS RAMOS-GALDAMEZ at a separate location in northern Imperial

26 County. During the execution of the warrant, agents encountered

27 thirteen (13) illegal aliens leaving the location.  All thirteen

28

                              3

(13) illegal aliens were arrested and transported to the U. S. Border Patrol Station in Imperial, California.

JOUANNI FRANCISCO PEREZ-TINOCO and CARLOS RAMOS-GALDAMEZ are both former or current supervisors/foremen employed by Boss 4 Packing.

Material Witnesses Francis David TINOCO-Velasquez and Melkin LICONA-Obando stated they are citizens of Honduras. Material Witnesses Gerardo AVILA-Tobanche, Ruben VALADEZ-Arredondo, Jose CHICAS-Martinez, Miguel NAJERA-LOPEZ, Milton MONROY-Perez, Adrian TEJADA-Garduza, Eusebio MARTINEZ-Perez, and Brenda GARCIA-Ontiveros stated they are citizens of Mexico. All the material witnesses stated they have no legal immigration documents to enter, remain, or work in the United States legally.

Material Witnesses Francis David TINOCO-Velasquez, AVILA, CHICAS, NAJERA, MONROY, TEJADA, MARTINEZ, and GARCIA stated they are current or former employees of Boss 4 Packing and were issued paychecks bearing fraudulent social security numbers and/or names by employees of Boss 4.

Material Witness TINOCO-Velasquez stated he is a former employee of Boss 4 Packing. TINOCO-Velasquez explained that he was issued paychecks bearing fraudulent names and social security numbers. The checks were issued by his former supervisor/foreman Carlos RAMOS or JOUANNI FRANCISCO PEREZ-TINOCO, AKA: "Chapo". Currently, TINOCO-Velasquez is employed by Collazo Packing and is

4

1  supervised by PEREZ-TINOCO.

2
3      Material Witness AVILA stated he was formerly employed by Boss
4  4 Packing.  Currently he is employed by "Collazo Packing". AVILA is
5  issued paychecks containing fraudulent information from his foreman
6  PEREZ-TINOCO.

7
8      Material Witness VALADEZ stated he is formerly employed by
9  Boss 4 and currently employed by "Collazo Packing". VALADEZ is
10  supervised by PEREZ-TINOCO. VALADEZ stated he was issued pay checks
11  with fraudulent names and social security numbers by PEREZ-TINOCO
12  while employed by Boss 4 Packing.

13
14      Material Witness CHICAS stated he is supervised by RAMOS.
15  CHICAS informed RAMOS of his illegal immigration status.  CHICAS
16  stated he has received paychecks which bear fraudulent names and
17  social security numbers from Boss 4 Packing.

18
19      Material Witness NAJERA stated has been supervised by both
20  PEREZ-TINOCO and RAMOS.  Employees of Boss 4 Packing provided him
21  with a fraudulent social security number.

22      Material Witness MONROY stated he was provided a fraudulent
23  social security number by an employee of Boss 4 Packing.  MONROY
24  has been supervised by both PEREZ-TINOCO and RAMOS.  MONROY has
25  received paychecks with different fraudulent names and social
26  security numbers.
27

28      Material Witness TEJADA stated Boss 4 Packing provided him

with a fraudulent name and social security number.    TEJADA has been supervised by both RAMOS and PEREZ-TINOCO.

Material Witness MARTINEZ stated he informed his supervisors that he was an illegal alien.    MARTINEZ was provided with a fraudulent name and social security number by an employee of Boss 4 Packing.

Material Witness GARCIA stated she is employed by Boss 4 Packing.    GARCIA was provided with a fraudulent name and social security on her paychecks.